UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jose Elias Disla Rodriguez, Jhonny Diaz Muñoz, Cirilo Garcia Garcia, Jose Vargas Guaba, Eugenio Muñoz Cabrera, Jose Joaquin Disla, Eduard Jose Castillo Olivo, Nicolas Cabrera Castillo, Yeudy Genao Valerio, Luciano Marte, Eladio Lopez Cruz, Leonel Bonilla, Manuel Andres Mezquita Almonte, Antonio Alvarez, Nicolas Cruz Disla, Antonio Cabrera, Maximo Bienvenido Cabrera Paulino, Modesto Castillo, Roberto Cabrera Disla, Ricardo Cabrera Guzman, Elvis Jacinto Hernandez Delgado, Luis Ramon Perez Paulino, Jose Antonio Cabrera Ruales, and Oscarin Muñoz Cabrera,<br><br>      Plaintiffs,<br><br>      v.<br><br>John J. Svihel and Svihel Vegetable Farms, Inc.,<br><br>      Defendants. | CIVIL FILE NO. 22-1462 (DSD/LIB)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that Esther Soria Mignanelli of Robins Kaplan LLP hereby withdraws as counsel for Plaintiffs.

Plaintiffs should continue to be represented by Matthew L. Woods and Logan J. Drew of Robins Kaplan LLP. Copies of all pleadings and notices pertaining to the above-entitled matter should continue to be served on the attorneys of record for the Plaintiffs.

1

93248839.1

DATE: 09/02/2022                             s/*Esther Soria Mignanelli*
                                    **Robins Kaplan LLP**
                                    Esther Soria Mignanelli, #403004
                                    800 LaSalle Ave, Suite 2800
                                    Minneapolis, MN 55402
                                    Telephone: 612-349-8500
                                    EMignanelli@RobinsKaplan.com

93248839.1